ORIGINAL

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | CR 08-00566-01 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 09 cr 144 (EBB) |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| MICHAEL ROSENTHAL | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | Leslie E. Kobayashi | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/3/2008 — TO 10/2/2009 |

**OFFENSE**

Failing to File a Federal Tax return, in violation of 26 U.S.C. § 7203

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JUN 09 2009
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of Connecticut</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

MAY 14 2009
Date

/s/ Kevin S.C. Chang
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Connecticut

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/2/09
Effective Date

/S/ Robert N. Chatigny
United States District Judge

cc: KSC
Shari

**ORIGINAL**

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Chief, Major Crimes

CLARE CONNORS     #7936
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       Clare.Connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 17 2008
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,        ) CR. NO. CR08 00566
                                 )
              Plaintiff,         ) INFORMATION
                                 )
         vs.                     ) 26 U.S.C. § 7203
                                 )
MICHAEL ROSENTHAL,               )
                                 )
              Defendant.         )
_____)

### INFORMATION

The United States Attorney charges that:

During the calendar year 2000, in the District of Hawaii, defendant MICHAEL ROSENTHAL, a former resident of Honolulu, Hawaii, had received sufficient gross income that he was required by law, following the close of the calender year 2000, and on or before October 15, 2001, to file an income tax

return with the Internal Revenue Service within the Judicial District of Hawaii, or to the Internal Revenue Service Center, at Fresno, California, or other proper officer of the United States Government, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, defendant MICHAEL ROSENTHAL did willfully fail to make an income tax return to the Internal Revenue Service, to the Internal Revenue Service Center, or to any other proper officer of the United States Government.

All in violation of Title 26, United States Code, Section 7203.

DATED: **SEP 1 7**, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*
RONALD G. JOHNSON
Chief, Major Crimes

*[signature]*
CLARE CONNORS
Assistant U.S. Attorney

ORIGINAL

AO 245B   (Rev. 6/05) Second Amended Judgment in a Criminal Case
Sheet 1

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 23 2008
at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA
v.
**MICHAEL ROSENTHAL**

SECOND AMENDED JUDGMENT IN A CRIMINAL CASE

Case Number:   1:08CR00566-001
USM Number:
Brook Hart, Esq.
Defendant's Attorney

## THE DEFENDANT:

[✔]  pleaded guilty to count(s):  1 of the Information .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 USC SS 7203 | Failure to File Income Tax Return | 10/15/2001 | 1 |

The defendant is sentenced as provided in pages 2 through _5_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 3, 2008
Date of Imposition of Judgment

_/s/ Edric E. Hayashi_
Signature of Judicial Officer

**LESLIE E. KOBAYASHI**, United States Magistrate Judge
Name & Title of Judicial Officer

10/23/08
Date

ATTEST A True Copy
SUE BEITIA
Clerk, U.S. District
Court, District of Hawaii
By _____ Deputy

AO 245B  (Rev. 6/05) Second Amended Judgment in a Criminal case
Sheet 4 - Probation

CASE NUMBER:   1:08CR00566-001                              Second Amended Judgment - Page 2 of 5
DEFENDANT:     MICHAEL ROSENTHAL

# PROBATION

The defendant is hereby placed on probation for a term of: 12 MONTHS

The defendant shall not commit another federal, state, or local crime.

That the defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement on supervision and at least two periodic drug tests thereafter, but not more than 8 valid drug tests per month during the term of probation.

[✔]   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔]   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon (Check if applicable.)

[ ]   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check if applicable.)

[ ]   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check if applicable.)

[ ]   The defendant shall participate in an approved program for domestic violence. (Check if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall no purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 6/05) Second Amended Judgment in a Criminal case
Sheet 4 - Probation

CASE NUMBER: 1:08CR00566-001
DEFENDANT: MICHAEL ROSENTHAL

Second Amended Judgment - Page 3 of 5

# SPECIAL CONDITIONS OF SUPERVISION

1) That the defendant serve 6 months community confinement, in a residential halfway house as arranged by the Probation Office as a condition of probation. While serving the term of community confinement, the defendant shall obtain employment and/or enroll in an educational program as approved and directed by the Probation Office. Court recommends that the defendant reside at any of the following one New Jersey and two New York halfway houses:
First choice: Comprehensive Sanction Center, 20 Toler Place, Newark, New Jersey 07114.
Second choice: Community Corrections Center, 2534 Creston Avenue, Bronx, New York 10468.
Third choice: Brooklyn Community Correctional Center, 988 Myrtle Avenue, Brooklyn, New York 11206 or any other suitable halfway house located within a close proximity to the place of defendant's employment and defendant's mental health therapists (psychologist Dr. Bruce Hubbard and psychiatrist Dr. Michael First) in New York City.

2) That the defendant shall execute all financial disclosure forms and provide the Probation Office access to any requested financial information.

3) That the defendant is prohibited from incurring any new credit charges or open any new lines of credit or open any additional lines of credit without the approval of the Probation Office unless the defendant is in compliance with the installment payment schedule.

4) That restitution of $210,614 is due immediately to the Internal Revenue Service, and any remaining balance upon placement on supervision be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office at a monthly rate to be determined by the Probation Office.

5) That the defendant continue his mental health treatment in New York City with his psychologist, Dr. Bruce Hubbard, and/or his psychiatrist, Dr. Michael First, until clinically discharged therefrom or until the expiration of his one-year term of probation, whichever occurs first.

AO 245 B   (Rev. 6/05) Second Amended Judgment in a Criminal Case
            Sheet 5 - Criminal Monetary Penalties

CASE NUMBER:     1:08CR00566-001                              Second Amended Judgment - Page 4 of 5
DEFENDANT:       MICHAEL ROSENTHAL

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 25.00 | $ None | $ 210,614 |

[ ]  The determination of restitution is deferred until        . An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such a determination.

[✔]  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

   If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. §3664(i), all non-federal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Internal Revenue Service | | | |
| **TOTALS** | $ _ | $ _ | |

[ ]  Restitution amount ordered pursuant to plea agreement  $ _

[ ]  The defendant must pay interest on restitution and a fine of more than $2500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ]   the interest requirement is waived for the     [ ] fine     [ ] restitution

   [ ]   the interest requirement for the   [ ] fine     [ ] restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 6/05) Second Amended Judgment in a Criminal Case
          Sheet 6 - Schedule of Payments

CASE NUMBER:
DEFENDANT:                                                                 Second Amended Judgment - Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   [ ]   Lump sum payment of $ _ due immediately, balance due
              [ ]   not later than _ , or
              [ ]   in accordance   [ ] C,   [ ] D,   [ ] E, or [ ] F below, or

**B**   [ ]   Payment to begin immediately (may be combined with   [ ] C,   [ ] D, or [ ] F below); or

**C**   [ ]   Payment in equal _ (e.g., weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the date of this judgment ; or

**D**   [ ]   Payment in equal _ (e.g., weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the release from imprisonment to a term of supervision; or

**E**   [ ]   Payment during the term of supervised release will commence within _ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   [ ]   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   Joint and Several

      Defendant and Co-Defendant Names and Case Numbers (including defendant number, Total Amount, Joint and Several Amount, and corresponding pay, if appropriate.

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# U.S. District Court
## District of Hawaii (Hawaii)
### CRIMINAL DOCKET FOR CASE #: 1:08-cr-00566-KSC-1
### Internal Use Only

Case title: USA v. Rosenthal

Date Filed: 09/17/2008
Date Terminated: 10/07/2008

Assigned to: JUDGE KEVIN S.C. CHANG

**Defendant (1)**

**Michael Rosenthal**
*TERMINATED: 10/07/2008*

represented by **Brook Hart**
333 Queen St Ste 610
Honolulu, HI 96813
526-0811
Email: hartlaw@hawaii.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**

26:7203C.M WILLFUL FAILURE TO FILE RETURN, SUPPLY INFORMATION
(1)

**Disposition**

Probation: 12 Months Supervised; Special Assessment: $25.00. That the defendant serve 6 months community confinement, in a residential halfway house as arranged by the Probation Office as a condition of probation That restitution of $210,614 is due immediately to the Internal Revenue Service **10/23/08**Amended Judgment - Defendant is hereby placed on probation for a term of 12 months.

**Highest Offense Level (Opening)**
Misdemeanor

**Terminated Counts**
None

**Disposition**

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

## Plaintiff

USA         represented by   **Clare E. Connors**
Office of the United States Attorney
300 Ala Moana Blvd Ste 6100
Honolulu , HI 96850
541-2850
Email: clare.connors@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie E. Osborne , Jr.**
Office of the United States Attorney
300 Ala Moana Blvd Ste 6100
Honolulu , HI 96850
541-2850
Email: les.osborne@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/17/2008 | 1 | INFORMATION as to Michael Rosenthal (1) count(s) 1. (eps ) (Entered: 09/19/2008) |
| 09/17/2008 | 2 | Defendant Information Sheet (eps ) (Entered: 09/19/2008) |
| 09/19/2008 | 3 | EO : as to Michael Rosenthal Initial Appearance; Arraignment and Plea of Guilty to the Misdemeanor Information (JUDGE KEVIN S.C. CHANG)(sna, )<br><br>**CERTIFICATE OF SERVICE**<br>**Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry**<br><br>(Entered: 09/19/2008) |
| 09/22/2008 | 4 | EO : as to Michael Rosenthal : Initial Appearance; Arraignment and Plea of Guilty to the Misdemeanor Information set 9/23/2008 02:00 PM before JUDGE KEVIN S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(sna, ) |

| | | |
|---|---|---|
| | | **CERTIFICATE OF SERVICE**<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry<br><br>(Entered: 09/22/2008) |
| 09/22/2008 | | ADVISORY ENTRY The entry docket number 3 EO was filed incorrectly. Please refer to the corrected entry 4 filed on 9/22/08. (ecs, ) (Entered: 09/22/2008) |
| 09/23/2008 | 5 | EP :Arraignment and Plea of Guilty to the Misdemeanor Information - Defendant present, not in custody. Defendant has retained Brook Hart as counsel. Defendant sworn, questioned by the Court. Consent to Proceed Before United States Magistrate Judge signed and filed. Memorandum of Plea Agreement signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc. Plea of Guilty as to Count 1 of the Misdemeanor Information entered by the Defendant. Defendant waives Pre-Sentence report. SENTENCING as to Count 1 of the Misdemeanor Information set for 10/3/08 at 2:30 p.m. before Judge Judge Kobayashi. Bail - Execute an unsecured bond in the amount of $50,000. ***( Sentencing set for 10/3/2008 02:30 PM before JUDGE LESLIE E KOBAYASHI.) (FTR-Ctrm C5 2:09 - 2:33.) (JUDGE KEVIN S.C. CHANG)(eps )<br><br>**No COS issued for this docket entry**<br><br>(Entered: 09/23/2008) |
| 09/23/2008 | 6 | CONSENT To Proceed Before UNITED STATE MAGISTRATE JUDGE In a Misdemeanor Case by Michael Rosenthal (eps ) (Entered: 09/24/2008) |
| 09/23/2008 | 7 | Memorandum of Plea Agreement as to Michael Rosenthal (eps ) (Entered: 09/24/2008) |
| 09/23/2008 | | (Court only) Terminate Hearings: 9/23/08 Plea Agreement Hrg. (ecs, ) (Entered: 09/26/2008) |
| 09/24/2008 | 8 | ORDER Setting Conditions of Release as to Michael Rosenthal signed by Judge JUDGE KEVIN S.C. CHANG (ecs, ) (Entered: 09/25/2008) |
| 09/24/2008 | 9 | Appearance Bond **signed by Magistrate Judge Kevin SC Chang** as to Michael Rosenthal. (ecs, ) Modified on 9/29/2008 -- *adding name of duty magistrate judge* (eps ). (Entered: 09/25/2008) |
| 10/03/2008 | 10 | EP :Sentencing to Count 1 of the Misdemeanor Information held on 10/3/2008 for Michael Rosenthal (1) - Defendant present, not in custody, Count(s) 1, Probation: 12 Months Supervised; Special Assessment: $25.00. That the defendant serve 6 months community confinement, in a residential halfway house as arranged by the Probation Office as a condition of probation That restitution |

| | | |
|---|---|---|
| | | of $210,614 is due immediately to the Internal Revenue Service. (FTR-Ctrm C7 2:33 - 3:19.) (JUDGE LESLIE E KOBAYASHI)(eps ) <br><br>No COS issued for this docket entry <br><br>(Entered: 10/06/2008) |
| 10/07/2008 | 11 | JUDGMENT as to Michael Rosenthal (1), Count(s) 1, Probation: 12 Months Supervised; Special Assessment: $25.00. That the defendant serve 6 months community confinement, in a residential halfway house as arranged by the Probation Office as a condition of probation That restitution of $210,614 is due immediately to the Internal Revenue Service. Signed by JUDGE LESLIE E KOBAYASHI. (eps ) (Entered: 10/07/2008) |
| 10/07/2008 | | COURT'S CERTIFICATE of Service - 11 Judgment, has been served - Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (eps ) (Entered: 10/07/2008) |
| 10/22/2008 | 12 | Defendant Michael Rosenthal's Non-hearing MOTION to Amend the 11 Judgment filed on October 7, 2008 - by Michael Rosenthal. (Attachments: # 1 Declaration of Brook Hart, # 2 Certificate of Service)(ecs, ) (Entered: 10/22/2008) |
| 10/23/2008 | 13 | EO : Defendant Michael Rosenthals Non-Hearing Motion to Amend the Judgment filed on October 7, 2008 is Granted and terminated. IT IS SO ORDERED. ** Motions terminated as to Michael Rosenthal: 12 MOTION to Amend the 11 Judgment. (JUDGE LESLIE E KOBAYASHI)(ecs ) <br><br>No COS issued for this docket entry <br><br>(ecs, ). NEF (with attachment) regenerated on 10/23/2008 (ecs, ). (Entered: 10/23/2008) |
| 10/23/2008 | 14 | MOTION for Reconsideration re 13 Terminate Motions, 12 MOTION to Amend/Correct 11 Judgment, filed by Michael Rosenthal *Government's Motion for Reconsideration Re Court's Order Granting Defendant Michael Rosenthal's Non-Hearing Motion to Amend Judgment* Filed on October 7, 2008 and Certificate of Service by USA as to Michael Rosenthal. (Osborne, Leslie) Modified (document title formatted to bold) on 10/23/2008 (ecs, ). (Entered: 10/23/2008) |
| 10/23/2008 | 15 | AMENDED JUDGMENT in a Criminal Case as to Michael Rosenthal (1), Count(s) 1, Probation: 12 Months Supervised; Special Assessment: $25.00. That the defendant serve 6 months community confinement, in a residential halfway house as arranged by the Probation Office as a condition of probation That restitution of $210,614 is due immediately to the Internal Revenue Service. **10/23/08** Amended Judgment - Defendant is hereby placed on probation for a term of 12 months. Signed by JUDGE LESLIE E KOBAYASHI on 10/23/08. (ecs, ) (Entered: 10/23/2008) |

| | | |
|---|---|---|
| 10/23/2008 | 16 | EO :Government's Motion for Reconsideration Re: Court's Order Granting Defendant Michael Rosenthal's Non-Hearing Motion to Amend the Judgment filed on October 7, 2008 is Granted and terminated. ***Motions terminated as to Michael Rosenthal: 14 MOTION for Reconsideration (JUDGE LESLIE E KOBAYASHI)(eps ) <br><br> **No COS issued for this docket entry** <br><br> (eps, ). (Entered: 10/23/2008) |
| 10/23/2008 | 17 | SECOND AMENDED JUDGMENT as to Michael Rosenthal (1), Count(s) 1, Probation: 12 Months Supervised; Special Assessment: $25.00. That the defendant serve 6 months community confinement, in a residential halfway house as arranged by the Probation Office as a condition of probation That restitution of $210,614 is due immediately to the Internal Revenue Service. Signed by JUDGE LESLIE E KOBAYASHI. (eps ) (Entered: 10/23/2008) |
| 10/23/2008 | | COURT'S CERTIFICATE of Service - 17 Second Amended Judgment, has been served - Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (eps ) (Entered: 10/23/2008) |
| 10/23/2008 | | COURT'S CERTIFICATE of Service - a copy of 15 Amended Judgment has been served on 10/23/08. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (ecs, ) (Entered: 10/23/2008) |
| 10/24/2008 | 18 | NO OBJECTION To "Government's Motion For Reconsideration Re Court's Order Granting Defendant Michael Rosenthal's Non-Hearing Motion To Amend The Judgment Filed on October 7, 2008", Filed on October 23, 2008; Certificate of Service re 14 (eps ) (Entered: 10/24/2008) |
| 06/09/2009 | 19 | PROBATION ORDER 22-Transfer of Jurisdiction as to Michael Rosenthal. Signed by JUDGE KEVIN S.C. CHANG : to C D of Connecticut. (eps ) (Entered: 06/09/2009) |
| 06/12/2009 | 20 | Probation Jurisdiction Transferred to Central D of Connecticut as to Michael Rosenthal Transmitted Transfer of Jurisdiction form, with certified copies of Information, 2nd Amended Judgment and docket sheet. (eps ) (Entered: 06/12/2009) |

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 12, 2009

Clerk, U.S. District Court
District of Connecticut
214 Richard C. Lee
  United States Courthouse
141 Church Street
New Haven, CT 06510

RE:   CR. 08-00566
      U.S.A. vs Michael Rosenthal (01)

Dear Clerk of Court:

Pursuant to the Probation 22, Transfer of Jurisdiction, enclosed are the following:

( X ) Copy of the Transfer of Jurisdiction
( X ) Certified copy of the Information
( X ) Certified Copy of Judgment in a Criminal Case
( X ) Certified Copy of the Docket Sheet

This case is available electronically. CM/ECF may be accessed through the Court's Internet Web Site: http://www.hid.uscourts.gov and through the ECF link: https://ecf.hid.uscourts.gov.
Please acknowledge receipt on the copy of this letter and return.

Very Truly Yours,
Sue Beitia, Clerk

/s/ Sue Beitia by EPS
Deputy Clerk

encl.
cc:   U.S. Probation - Honolulu, Hawaii (electronic)

---

Receipt is acknowledged by:   Clerk, U.S. District Court   Dated: _____

by: _____   Your Criminal Case No.: CR. 09cr144/EBB